# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BEAU MUSACCO,

        Plaintiff,

vs.                                                           Cause No. 1:13-cv-1053 MV/KBM

DR. MARK ELLIOT WALDEN,

        Defendant.

## ENTRY OF APPEARANCE

COMES NOW ADAMS+CROW, P.C. and hereby enters an appearance for Samantha M. Adams, on the limited basis identified by this Court in its original appointment of representation for Plaintiff by Samantha M. Adams, [November 3, 2014, Doc. 57], while she was associated with the law firm of Modrall, Sperling, Roehl, Harris & Sisk, P.A.

Respectfully submitted,

**ADAMS+CROW, P.C.**

By */s/ Samantha M. Adams*
    Samantha M. Adams
    5150 Journal Center Blvd., N. E., Suite 320
    Albuquerque, New Mexico  87109
    (505) 427-3227
    sam@adamscrow.com
    *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on May 18, 2016, we filed the foregoing electronically through the CM-ECF system, which caused all parties or counsel to be served by electronic means.

>Nicole M. Charlebois, Nicole@cclawnm.com
>Attorney for Defendant Dr. Mark E. Walden
>
>Norman F. Weiss, Esq., nweiss@srw-law.com
>Attorneys for Defendants Corizon, Inc. and Sherry Phillips
>
>Patrick D. Allen, Esq., pallen@ylawfirm.com
>Michael S. Jahner, Esq., mjahner@ylawfirm.com
>Attorneys for The GEO Group, Inc., Warden Timothy B. Hatch,
>And Warden Erasmo Bravo

**ADAMS+CROW, P.C.**


By: */s/ Samantha M. Adams*
     Samantha M. Adams


*W2623001.DOCX*

2